COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-06-096-CV

 

 

 

GERALD
W. HADDOCK                                                         APPELLANT

 

                           V.

 

CRESCENT REAL ESTATE EQUITIES                                        APPELLEES

COMPANY, CRESCENT REAL ESTATE


EQUITIES LIMITED PARTNERSHIP
AND 

CRESCENT
REAL ESTATE EQUITIES, LTD.                                               

 

                                               ----------

            FROM THE 17TH
DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered AAppellant=s Unopposed
Motion To Dismiss Appeal.@  It is the court's opinion that the motion
should be granted; therefore, we dismiss the appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).  

Costs
of this appeal shall be taxed against the party incurring same, for  which let execution issue.           

PER
CURIAM       

 

PANEL D: WALKER, J.; CAYCE,
C.J.; and MCCOY, J.








 

DELIVERED: April 6, 2006











[1]See Tex. R. App. P. 47.4.